■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE DIREL GREEN, Appellant.— Appeal by defendant from a judgment of the County Court, Rockland County, rendered November 25, 1959, convicting him, after a jury trial, of rape in the first degree, burglary in the second degree and assault in the second degree, and sentencing him to serve concurrent terms of 10 to 20 years on the rape count and 2½ to 5 years on the assault count, and a consecutive term of 5 to 10 years on the burglary count. The contentions, as limited by defendant's brief, relate to so much of the judgment as convicts him of the crime of rape. Judgment affirmed. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL KIMMEL, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated September 18, 1959, denying, after a hearing, his *coram nobis* application to vacate a judgment of said court, rendered May 11, 1936, convicting him, after a jury trial, of murder in the first degree and sentencing him to death. The judgment of conviction was affirmed by the Court of Appeals (*People* v. *Scata*, 272 N. Y. 602). Thereafter, the Governor commuted defendant's sentence to life imprisonment. The only ground for relief urged in this court is that the trial court gave supplemental instructions to the jury on three occasions while defendant was absent from the courtroom, in violation of the rule set forth in *Maurer* v. *People* (43 N. Y. 1). Order affirmed. Assuming that defendant established his absence from the courtroom, as alleged, and that the doctrine of *Maurer* v. *People* (*supra*) is applicable, we are of the opinion that the error may not be asserted as a basis for relief by way of a *coram nobis* application. (*People* v. *Shapiro,* 3 N Y 2d 203.) Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL LENTO, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered July 8, 1959, convicting him, upon his plea of guilty, of robbery in the second degree, and sentencing him to serve a term of 7 to 14 years. Judgment affirmed. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH C. LIMOGES, Appellant.— Appeal by defendant from a judgment of the County Court, Dutchess County, rendered March 18, 1960, convicting him, after a jury trial, of criminal negligence in the operation of a vehicle resulting in death (Penal Law, § 1053-a) and of driving while intoxicated (Vehicle and Traffic Law, § 70, subd. 5, now § 1192), and sentencing him to serve a term of 11 months and 27 days on the criminal negligence count and suspending sentence on the intoxicated-driving count. Judgment affirmed. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.